# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO NAVARRO HERNANDEZ, ) | 1:04-hc-05338-AWI-TAG HC |
| Petitioner, ) | ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 11) |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On February 24, 2004, Petitioner filed a petition for writ of habeas corpus. (Doc. 1). On January 4, 2005, this Court issued an order requiring Petitioner, within thirty (30) days of service of the order, to file an amended petition that names the proper respondent and clarifies the nature of the federal claims Petitioner wishes to assert. (Doc. 10). Petitioner did not respond to this order. On March 28, 2005, the Court issued a Report and Recommendation that the Petition be dismissed for Petitioner's failure to comply with the Court's order of January 4, 2005. (Doc. 11). To date, the parties have not filed timely objections to the Report and Recommendation.

///

///

1   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de
2   novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the
3   Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.
4   Accordingly, IT IS HEREBY ORDERED that:
5   1.   The Report and Recommendation, filed March 28, 2005 (Court Doc. 11) is
6        ADOPTED IN FULL;
7   2.   This petition for writ of habeas corpus is DISMISSED; and
8   4.   The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.
9   This order terminates the action in its entirety.

11  IT IS SO ORDERED.

12  **Dated:     May 10, 2005**                    **/s/ Anthony W. Ishii**
    0m8i78                                          UNITED STATES DISTRICT JUDGE